| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bucklew, Susan C. | U.S. Dist. Ct. Mid. Dist.Fl. | 05/11/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge-Senior | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final | 01/01/2009 to 12/31/2009 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the Information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Sam M. Gibbons U.S. Courthouse 801 N. Florida Ave. Suite 1430 Tampa, Fl. 33602 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director-stockholder | Cawthon Oil Company |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 8/1/1996 | State of Florida--Retirement |
| 2. | |
| 3. | |

2009 MAY 13 P 4: 32 RECEIVED FINANCIAL DISCLOSURE OFFICE

Bucklew, Susan C.

| Name of Person Reporting | Date of Report |
|---|---|
| Bucklew, Susan C. | 05/11/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2009 | State of Florida---Division of Retirement | $39,657.36 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bucklew, Susan C. | 05/11/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing Instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Suncoast Schools Credit Union | Credit Card | K |
| 2. American Express | Credit Card | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bucklew, Susan C. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Rental Property---Tampa FL | D | Rent | N | Q | | | | | |
| 2.   Cawthon Oil Co.- [   ] owned Corporation | | None | M | U | | | | | |
| 3.   Citibank NA South Dakota Bank Deposit Program | A | Interest | J | T | | | | | |
| 4.   Brokerage Account # 1 | | | | | | | | | |
| 5.   ---Diamonds Trust 1 Unit Ser 1 | A | Dividend | J | T | | | | | |
| 6.   ---IShares TR-S&P Smallcap 600 Value Index FD | A | Dividend | J | T | | | | | |
| 7.   ---IShares TR Russell 1000 Growth Index FD | A | Dividend | J | T | | | | | |
| 8.   ---IShares TR-S&P Mid cap 400Value Index FD | A | Dividend | J | T | | | | | |
| 9.   ---IShares S&P Midcap 400 Growth Index Fund | A | Dividend | J | T | | | | | |
| 10.   ---IShares MSCI EAFE Index Fund | A | Dividend | J | T | | | | | |
| 11.   ---IShares TR S&P Smallcap 600/Barra Growth Index FD | A | Dividend | J | T | | | | | |
| 12.   ---IShares TR S&P 500 Index FD | A | Dividend | J | T | | | | | |
| 13.   ---IShares TR-Russell 1000 Value Index FD | A | Dividend | J | T | | | | | |
| 14.   ---IShares TR MSCI Emerging Markets Index | A | Dividend | J | T | | | | | |
| 15.   ---Claymore/Zacks Mid-Cap | A | Dividend | J | T | | | | | |
| 16.   ---IShares MSCI ---Pacific Ex-Japan Index Fund | A | Dividend | J | T | | | | | |
| 17.   ---Powershares High Growth Rate DIVD Portfolio | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bucklew, Susan C. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-II) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. ---Powershares Zacks Small CAP Portfolio | A | Dividend | J | T | | | | | |
| 19. ---Rydex ETF TR S&P 500 Equal Weighted Index FD | A | Dividend | J | T | | | | | |
| 20. ---SPDR S&P INTL Small ET CAP | A | Dividend | J | T | | | | | |
| 21. ---Wisdomtree INTL M/C DVD Fund | A | Dividend | J | T | | | | | |
| 22. ---Wisdomtree INTL S/C DVD Fund | A | Dividend | J | T | | | | | |
| 23. ---Wisdomtree LOW P/E Fund | A | Dividend | J | T | | | | | |
| 24. IRA | | | | | | | | | |
| 25. ---Franklin Templeton Founding FD Allotcation Fund CL A | B | Dividend | K | T | | | | | |
| 26. ---Hartford Checks and Balances Fund CL A | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bucklew, Susan C. | 05/11/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART II:  The date listed is the date I began drawing retirement from the state of Florida.

Part VII   Line 1   The assessment was in 2009 and the assessed value for 2009 was $238,588.00

| Name of Person Reporting | Date of Report |
|---|---|
| Bucklew, Susan C. | 05/11/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544